Order entered October ∂ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00136-CR

**CHERIE ROSANN JENSEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No 4
Collin County, Texas
Trial Court Cause No. 004-82945-2011

## ORDER

The Court **ORDERS** court reporter Claudia Webb to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 2, DVDs. The exhibits shall be filed in the proper MP4 format.

DAVID L. BRIDGES
JUSTICE